UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :      20cv805 (DLC)
ANDREAS VON DER AU,                   :
                      Plaintiff,      :            ORDER
           -v-                        :
                                      :
AMC ENTERTAINMENT HOLDINGS, INC.,     :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that the in-person conference

scheduled for **March 27, 2020** at **11:00 am** will be held

telephonically.  The parties shall use the following dial-in

instructions for the telephone conference:

     Dial-in: 888-363-4749

     Access code: 4324948

The attorneys who will serve as principal trial counsel must

participate in this telephone conference.

     IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.


Dated:    New York, New York
          March 19, 2020

                              _____
                                        DENISE COTE
                              United States District Judge